UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 41512
    PATRICK T MCCARTHY
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-9565

--------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/28/05 and confirmed on 11/04/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  41721.72 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIFTH THIRD BANK | SECURED VEHIC | 7622.55 | 384.37 | 7622.55 |
| ADVANTA BANK | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 12803.93 | .00 | 12803.93 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5082.89 | .00 | 5082.89 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11331.41 | .00 | 11331.41 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |

                Summary of disbursements:
--------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER       TOTAL
--------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7622.55 | .00 | 29218.23 | .00 | 36840.78 |
| PRINCIPAL PAID | 7622.55 | .00 | 29218.23 | .00 | 36840.78 |
| INTEREST PAID | 384.37 | .00 | .00 | .00 | 384.37 |
| TOTAL PAID | 8006.92 | .00 | 29218.23 | .00 | 37225.15 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $   1795.30 .

Refunds to the Debtor totaled $       1.27 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/12/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                              PAGE  2
        CASE NO. 05 B 41512 PATRICK T MCCARTHY
```